Submitted September 13, 1976.
Anthony E. Jackson, for appellant; Marianne E. Cox, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 172

Commonwealth v. Haines, Appellant.

Submitted December 6, 1976.
Arthur R. Shuman, Jr., and Shuman, Lawler & Levy, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

377 A.2d 172

Commonwealth v. Hall, Appellant.

Submitted June 14, 1976. Jack J. Bulkin, and Pressman & Lipsky, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

377 A.2d 172

Commonwealth v. Hall, Appellant.

Submitted November 8, 1976. Duke George, Jr., Assistant Public Defender, and Dante G. Bertani, Public Defender, for appellant; Robert G. Weisgerber, Assistant District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in his dissenting opinion in *Commonwealth v. Walak*, 228 Pa.Superior Ct. 404, 411, 323 A.2d 886, 890 (1974). See also *Commonwealth v. Bradshaw*, 238 Pa.Superior Ct. 22, 36, 364 A.2d 702, 709 (1975) (concurring and dissenting opinion by SPAETH, J.).

377 A.2d 173

Commonwealth v. Haycook, Appellant.